UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LISA CARVALHO,  )
    Plaintiff,  )
  )
v.  )   C.A. No. 19-287-JJM-LDA
  )
SANTANDER BANK, N.A.,  )
    Defendant.  )

## JURY VERDICT FORM

We, the jury unanimously find as follows:

   1. As to the claim of hostile work environment, we the jury find for:

_____ Plaintiff Lisa Carvalho    or    ✓ Defendant Santander Bank

**[CONTINUE TO QUESTION #2]**

   2. As to the claim of quid pro quo sexual harassment, we the jury find for:

_____ Plaintiff Lisa Carvalho    or    ✓ Defendant Santander Bank

**[CONTINUE TO QUESTION #3]**

   3. As to the claim of retaliation, we the jury find for:

_____ Plaintiff Lisa Carvalho    or    ✓ Defendant Santander Bank

**[IF YOU CHECKED ANY LINE FOR THE PLAINTIFF IN QUESTIONS 1, 2 OR 3 ABOVE, CONTINUE TO QUESTION #4 ON DAMAGES.**

**IF YOU DID NOT CHECK ANY LINE IN QUESTIONS 1, 2 OR 3 ABOVE FOR THE PLAINTIFF STOP HERE, AND SIGN AND DATE THE JURY VERDICT FORM BELOW]**

4. We the jury award the following amount to Plaintiff Lisa Carvalho in COMPENSATORY damages:

   a. Back pay:           $ _____

   b. Future wages:       $ _____

   c. Emotional damages:  $ _____

**[IF YOU AWARDED PLAINTIFF LISA CARVALHO ANY AMOUNT OF DAMAGES IN QUESTION #4, CONTINUE TO QUESTION #6. IF YOU DID NOT AWARD ANY DAMAGES IN QUESTION #4, CONTINUE TO QUESTION #5]**

5. We the jury award the following amount to Plaintiff Lisa Carvalho in NOMINAL damages:

   $ _____

**[IF YOU AWARDED PLAINTIFF LISA CARVALHO COMPENSATORY AND/OR NOMINAL DAMAGES IN QUESTIONS #4 OR #5 ABOVE, CONTINUE TO QUESTION #6.**

6. We the jury award the following amount to Plaintiff Lisa Carvalho in PUNITIVE damages:

   $ _____

_[signature redacted]_
Jury Foreperson Signature

9/23/22
Date