## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Lisa Carvalho,
    Plaintiff,

  v.

                                                                                                         C.A. No. 19-287-MSM

Santander Bank, NA ,
    Defendants.

## JUDGMENT

**[ X ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgement entered in accordance with the Jury Verdict entered on 9/23/2022**

                                                    Enter:

                                                    /s/ C. Potter

                                                    Deputy Clerk

Dated: September 23, 2022